**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA WASHINGTON, | No. C 06-05692 WHA |
| Plaintiff, | |
| v. | **ORDER OF REFERRAL** |
| ALAMEDA COUNTY SOCIAL SERVICES AGENCY, et al., | |
| Defendants. / | |

Upon review, this action appears to concern the same parties, transactions, and events as *Washington v. Alameda County Social Services Agency*, Case No. C 04-4939 SI. Pursuant to Civil Local Rule 3-12(c), the Court refers this matter to Judge Susan Illston for the purpose of determining whether it is related to that case as defined in Civil Local Rule 3-12(a).

**IT IS SO ORDERED.**

Dated: February 23, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE