IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA WASHINGTON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ALAMEDA COUNTY SOCIAL SERVICES AGENCY,<br><br>　　　　Defendant.<br>　　　　　　　　　　　　　　　　／ | No. C 06-5692 SI<br><br>**ORDER DENYING DEFENDANT DECKER'S APPLICATION TO PROCEED *IN FORMA PAUPERIS*** |

　　　Defendant Decker has filed an application to proceed *in forma pauperis*. The Court informs defendant that, as a defendant, he is not required to pay any filing fees. Accordingly, the Court DENIES defendant's application as unnecessary. (Docket No. 61).

**IT IS SO ORDERED.**

Dated: April 27, 2007

　　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge