

**EDMUND G. BROWN JR.**
*Attorney General*

*State of California*
**DEPARTMENT OF JUSTICE**

1515 CLAY STREET, 20TH FLOOR
P.O. BOX 70550
OAKLAND, CA 94612-0550

Public:  510-622-2100
Telephone:  510-622-2199
Facsimile:  510-622-2121
E-Mail: Judith.Loach@doj.ca.gov

August 10, 2007

The Honorable Susan Illston
United States District Court Judge
Northern District of California
450 Golden Gate Avenue, 19th Floor
San Francisco, CA  94102

RE:    *Lisa Washington v. Alameda County Social Services, et al*
       United States District Court, Northern District Case No. C06-05692 SI

Dear Judge Illston:

The Attorney General's Office represents the Honorable Winifred Smith and Commissioner Sue Alexander in the above-referenced case.   Pending before this Court is defendants motion to dismiss the complaint set for hearing on August 17, 2007. This is the second time this motion has been brought and actually the third time that pro se plaintiff Washington has been advised that she cannot name any judicial defendants in her lawsuit.

Defendants anticipate that this case will be dismissed at the hearing next week and as with counsel for the County of Alameda, respectfully request that the judicial defendants be excused from filing a joint case management statement.   Alternatively, if after the motions are heard and if the judicial defendants remain in this case, then it is respectfully requested that case management conference be rescheduled.

Sincerely,

  /s/ *Judith J. Loach*
JUDITH J. LOACH
Deputy Attorney General

For    EDMUND G. BROWN JR.
       Attorney General

JJL:tm

cc: Lisa Washington ( via U.S. Mail)

APPROVED

Judge Susan Illston