**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA WASHINGTON, | No. C 06-5692 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| ALAMEDA COUNTY SOCIAL SERVICES, et al., | |
| Defendants. / | |

On August 17, 2007, the Court granted defendants' motions to dismiss the amended complaint without leave to amend. The action is dismissed and judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: August 17, 2007

SUSAN ILLSTON
United States District Judge